DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ESTEBAN MORALES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3001

_____

September 1, 2023

Appeal from the Circuit Court for DeSoto County; Don T. Hall, Judge.

Howard L. Dimmig, II, Public Defender, and Megan Olson, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.